(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Urbaszewski, Joseph T. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>aka Joseph T. Urban | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 6017 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>483 East 23rd Street<br>Chicago Heights, Illinois 60411 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  Cook | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney: Steven A. Leahy, 6273453<br>The Law Office of Steven A. Leahy<br>150 North Michigan Avenue<br>Suite 1100<br>Chicago, Illinois 60601  ph: 312.664.6649 |

(stamp overlay: "Chapter 13/No Plan")

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000+ |
|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/27/2004
Time: 12:52:35
Debtor: JOSEPH T URBASZEWSKI
Case: 04-31975    Fee: 194
Chapter: 13  Rec. #: 3096221
Judge: Susan Pierson Sonderby
341 mtg: 09/22/2004 @ 12:30PM
ConfHrg: 10/14/2004 @ 10:30AM
Trustee: TOM VAUGHN
1:04BK31975-BK001

Bankruptcy2004 ©1991-2004, New Hope Software, Inc, ver. 3.7.0-611 - 31557

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Joseph T. Urbaszewski |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | NONE | Case Number: | Date Filed: |
|---|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | NONE | Case Number: | Date Filed: |
|---|---|---|---|
| District: | | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _[signature]_
Signature of Attorney for Debtor(s)
STEVEN A. LEAHY 6273453
Printed Name of Attorney for Debtor(s)

The Law Office of Steven A. Leahy
Firm Name

150 North Michigan Avenue
Address

Suite 1100   Chicago, Illinois 60601

312.664.6649
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _[signature]_
Signature of Attorney for Debtor(s)      Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

| | | |
|---|---|---|
| ALVERNO RECV. SERVICES<br>29 S PARK BLVD<br>GREENWOOD, IN 46143 | AMERICAN INVESTMENT FI<br>820 E 9400 S<br>SANDY, UT 84094 | AMERICAN RECOV SYST<br>PO BOX 456<br>ROME, NY 13440 |
| AMERICREDIT<br>801 CHERRY ST STE 3900<br>FORT WORTH, TX 76102 | ARCADIA FINANCIAL LTD<br>7825 WASHINGTON AVE S<br>EDINA, MN 55439 | ARMOR SYSTEMS CO<br>2322 N GREENBAY RD<br>WAUKEGAN, IL 60087 |
| ARROW FINANCIAL SERVIC<br>5996 W TOUHY AVE<br>NILES, IL 60714 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI 48090 | CAB SERVICES<br>60 BARNEY DR<br>JOLIET, IL 60435 |
| CAPITAL ONE BANK<br>PO BOX 85520<br>RICHMOND, VA 23285 | CB USA INC<br>PO BOX 8000<br>HAMMOND, IN 46325 | CBCS<br>4764 E FULTON ST<br>GRAND RAPIDS, MI 49501 |
| CIT GROUP SALES FIN<br>PO BOX 24610<br>OKLAHOMA CITY, OK 73124 | CRED PROTECTIONS ASSOC<br>1355 NOEL RD SUITE 2100<br>DALLAS, TX 75240 | CREDIT SYSTEMS INT INC<br>1277 COUNTRY CLUB<br>FORT WORTH, TX 76112 |
| CROSS COUNTRY BANK<br>PO BOX 15371<br>WILMINGTON, DE 19850 | FIRST NATL BK IN CHGO<br>100 1ST NATIONAL PLZ<br>CHICAGO HEIGHTS, IL 60411 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 |
| HHLD BANK<br>PO BOX 98706<br>LAS VEGAS, NV 89193 | MBGA/JC PENNEY<br>PO BOX 981131<br>EL PASO, TX 79998 | MEDCLR INC<br>POB 8547<br>PHILADELPHIA, PA 19101 |
| MEDICAL RECOVERY SPECI<br>2200 E DEVON AVE STE 288<br>DES PLAINES, IL 60018 | MERCURY FIN/ILL FIN CO<br>17236 S HARLEM AVE<br>TINLEY PARK, IL 60477 | MERCURY FINANCE COMPAN<br>5425 W 79TH ST<br>BURBANK, IL 60459 |

| | | |
|---|---|---|
| MONEY CONTROL<br>P O BOX 49990<br>RIVERSIDE, CA 92514 | MUTUAL HOSPITAL SRVCS<br>2525 N SHADELAND AVE STE<br>INDIANAPOLIS, IN 46219 | MWARD/MBGA<br>PO BOX 29116<br>SHAWNEE MISSION, KS 66201 |
| NICOR GAS<br>1844 FERRY ROAD<br>NAPERVILLE, IL 60563 | ONYX ACCEP<br>27051 TOWNE CENTRE DR<br>FOOTHILL RANCH, CA 92610 | PERSONAL FINANCE CO<br>124 E RIVER ST STE 109<br>MOMENCE, IL 60954 |
| RMI/MCSI<br>POB 666<br>LANSING, IL 60438 | TCF BANKING & SAVINGS<br>801 MARQUETTE AVE<br>MINNEAPOLIS, MN 55402 | VAN RU CREDIT CORP<br>10024 SKOKIE BLVD<br>SKOKIE, IL 60077 |